# EXHIBIT

# K

## CORRESPONDENT FUNDING CONTROL

| Borrower(s) BILLY E SINGLETARY | | | Loan Number 1007213491 | | Date Funded 04/17/2006 | Prepay N/A |
|---|---|---|---|---|---|---|

Address, City, State, Zip
169 Vanhome St, Jersey City, NJ 07304

| Loan Program | Term | Fico | Owner Occupied | Non-Owner Occupied | Loan Purpose |
|---|---|---|---|---|---|
| 2/38 LIB 1.5/7CAP BLLN30 | 360 | 582 | X | | Cashout Refinance |

| Purchased Balance | Interest Rate | Margin | | Ratios | | LTV | Appraised Value |
|---|---|---|---|---|---|---|---|
| $238,000.00 | 8.225 | 6.250 | 37.412/ | 41.761 | | 85.000 | 280,000.00 |

Original Loan Amount
238,000.00

Date 1st Pmt Due
To NEW CENTURY 06/01/2006

Correspondent Lender: Equity Source Home Loans LLC
1116 Campus Drive West
Morganville, NJ 07751

P&I $1,695.16
Loan Status Approved
Risk A+
Census Tr. 4600

| Home Branch | 0.000 | % ---> | $ 0.00 |
|---|---|---|---|
| Broker | 1.500 | % ---> | $ 3,570.00 |
| Total | 1.500 | % ---> | $ 3,570.00 |

Branch 3453/3453 - Pearl River (Region 24)
A/E Kevin Conover
Branch # 3453    Source # 05

### Loan Purchase Worksheet

| Purchase Loan Amount | $238,000.00 |
|---|---|
| Interest -14 Days @ $ 53.63 From: 05/01/2006 To: 04/17/2006 | -$750.82 |
| Total Purchase Price (%): 1.500% Total Purchase Premium ($): | $3,570.00 |
| Net Impounds Due To/From Correspondent Lender: | $0.00 |
| Misc. fee #1 to/from seller NCEN | -$350.00 |
| Misc. fee #2 to/from seller assignment | -$25.00 |

NET WIRE AMOUNT TO
CORRESPONDENT LENDER          $240,444.18

APPROVED BY _____    Date _____
FUNDER Courtney Fox          Date _____
WIRE AMOUNT $240,444.18

NCMC
Correspondent Funding Control
CORFCON  (03001)          Page 1 of 1          1007213491

## Pre Funding Audit Worksheet

| | | | |
|---|---|---|---|
| **LOAN NUMBER:** 1007213491 | | SS# Borrower | 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 |
| **MORTGAGORS:** | | Co-Borrower | |
| BILLY E SINGLETARY | | **HAZARD INSURANCE** | |
| | | Condo | N |
| **ESCROWS** | | Company | **LLOYDS OF LONDON** |
| Haz Insurance | N | Expiration Date | 05/13/2006 |
| Taxes | N | Premium | $1,280.22 |
| Lien | N | Coverage | $238,000.00 |
| Int. on Escrows | N | Policy Number | AIH8787 |
| ARM Loan | Y | **FLOOD INSURANCE** | |
| ARM Plan Code | 40LIB26MBLLN30 | Company | **LLOYDS OF LONDON** |
| **PROPERTY ADDRESS** | | Expiration Date | |
| 169 Vanhorne St | | Premium | $0.00 |
| Jersey City, NJ 07304 | | Coverage | $0.00 |
| | | Policy Number | |
| Telephone # Home (201)432-3905 | | **MISC. INSURANCE** | |
| Work 2013303225 | | Company | |
| **MAILING ADDRESS** | | Expiration Date | |
| 169 VANHORNE ST | | Premium | |
| Jersey City, NJ 07304 | | Coverage | |
| **NOTE INFORMATION** | | Policy Number | |
| Interest Rate | 8.225 | **MISC INFO** | |
| Principal Balance | $238,000.00 | Prepay Penalty | N/A |
| Orig. Mtg Amnt. | $238,000.00 | Flood Insurance | N |
| Loan Term | 360 months | Earthqk Insurance | N |
| Closing Date | 03/31/2006 | Wind/ Vol Insurance | N |
| Disb. Date | 04/05/2006 | Loan Assumable | N |
| Note Date | 03/31/2006 | Inv. # | 555 |
| Maturity Date | 05/01/2036 | Cat # | 1 |
| PMT Due Date | 05/01/2006 | **PROPERTY INFO** | |
| 1st Pmt Date | 06/01/2006 | Property Type | 2 Unit |
| Int. Due From Clsg. | $0.00 | Property Type Code | 2 |
| Esc. Due From Clsg. | $0.00 | Loan Purpose | Cashout Refinance |
| Margin | 6.250 | Owner Type | 1 |
| Interest Rate Floor | 8.225 | Occupancy Code | Primary Residence |
| Balloon Term | | Property Value | $280,000.00 |
| **PAYMENT INFORMATION** | | Purchase Price | $0.00 |
| P & I | $1,695.16 | # of Borrowers | 1 |
| County $   Town $ | | Person Code | N |
| City $   School $ | | PTS + ORIG FEE | $0.00 |
| Hazard $   FreeForm $ | | **TAX INFORMATION** | |
| Flood $ | | Payee-County Hudson | Payee-Town Jersey City |
| Coupon Month | | Due Date | Due Date |
| Bill Cycle | | Disb Amnt. $ | Disb Amnt. |
| Initial Esc. State Dt | | Payee-City Jersey City | Payee-School |
| Doc Code / Balance | 98  1.000 | Due Date | Due Date |
| **LOCATION INFO.** | | Disb Amnt. $ | Disb Amnt. |
| State Code | 34 | Payee-FreeForm | |
| County | Hudson | Due Date | |
| City | Jersey City | Disbursement Amnt. $ | |
| Property Occupancy | 1 | Tax Id# | NA* |
| Construction Code | E | **FLOOD INFORMATION** | |
| Tax Name/Borrower | SINGLETARY | Program | Regular Program |
| SubDivision | | Determination Date | 03/16/2006 |
| Section | | Box #B - C.P.# | 340223 |
| Block | | Certification No | 340223 |
| Lot | | | |

## DATA AUDIT SHEET

### LOAN DATA

Loan Number: 1007213491
Originator: New Century Mortgage Corporation
Matrix Code: **Traditional**
Concurrent Loan #:
Transaction Type: **Correspondent**
Accounting Funding Date:
Date Funds Pledged:
Refinance Type: . **Debt Consolidation**
Impounded: **No Escrow**
Section 32: **N**
Flood Ins. Required: **N**

### NOTE

Property Street Addr:
**169 Vanhorne St**
Property Unit Nbr:
Property City: **Jersey City**
Property State: **N.J**
Property Zip: **07304**
Property County: **Hudson**

| | | |
|---|---|---|
| Loan Program: | 2/38 LIB 1.5/7 CAP BLLN30 | |
| Loan Amount: | | 238,000.00 |
| Purchase Balance: | | 238,000.00 |
| Interest Rate: | 8.225 | |
| 1st Payment Due: | 06/01/2006 | |
| 1st Due To NCM: | 06/01/2006 | |
| Maturity Date: | 05/01/2036 | |
| P & I: | | 1,695.16 |
| Amortization Term: | 480 | |
| Loan Term: | 360 | |
| The Index: | 6 Month LIBOR Index | |
| Look Back Period: | | |
| Margin: | 6.25 | |
| Rounding Method: | Rounded to the nearest .125 | |
| Periodic Cap: | 1.500% | |
| 1st Rate Adj Cap: | 1.500% | |
| 1st Rate Adj Date: | 05/2008 | |
| Life Rate Ceiling: | 15.225 | |
| Late Charge (days): | 15 | |
| Late Charge (%): | 5.000 | |
| PrePay Penalty (yrs): | 0 | |
| Assumable: | No | |

### BRANCH / BROKER / FEES

Branch: 3453/3453 - Pearl River (Region 24)
Account Executive Kevin Conover
Broker: 80288   Equity Source Home Loans LLC

| | | |
|---|---|---|
| Origination Points: | 0.000 | 0.00 |
| Broker Fees: | | 0.00 |
| Broker Rebate: | 0.000 | 0.00 |
| Corr Purch Price: | | .00 |
| | | |
| Discount Points: | | 0.00 |
| Lender Fees: | | 0.00 |

Was the loan audited by the funder?    ☐ Yes    ☐ No

### BORROWER INFORMATION

Application Date:        03/16/2006
**Borrower 1**
Last Name:        **SINGLETARY**
First Name:        **BILLY**
Middle Name:        **E**
Suffix:
Mailing Address:
**169 VANHORNE ST**
Jersey City, NJ 07304
Marital Status:        **Unmarried**
Home Phone:        **(201)432-3905**
Work Phone:        **2013303225**
Time on Property:        **2**
Time on Job:        **27**
SSN:        **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**
FICO Score:        **562**
HMDA Data:
  Ethnicity: Not Hispanic or Latino   Sex: M DOB: 08/06/45
  Race: White

Application Taken:        By Telephone
Lender's Observation: No
**Co-Borrower / Borrower 2**
Last Name:
First Name:
Middle Name:
Suffix:
Mailing Address:



Marital Status:
Home Phone:
Work Phone:
SSN:
HMDA Data:
  Ethnicity:        Sex:   DOB:
  Race:

Application Taken:
Lender's Observation:

### APPROVAL

Risk Grade:        **A+**
Doc Type:        **Full Doc - 2yr W2/Tax Returns**
Loan Purpose:        **Cashout Refinance**
Occupancy:        **Primary Residence**
Income:        **5,856.01**
Front Debt Ratio:        **37.412**
Back Debt Ratio:        **41.761**
Underwriter Name:        **Tarene Keegan**
LTV:        **85.000**
CLTV:        **85.000**
Existing Lien Balance:        **N/A**

### APPRAISAL

Sales Price:        238,000.00
Review Appraisal Amt.        280,000.00
Appraisal Amount        280,000.00
Property Type:        **2 Unit**
PUD Project Name:

Auditor: _____
    Shipper

Editor: _____
    Supervisor / Manager

Comments: _____

_____

_____

_____

**New Century Mortgage Corporation**
18400 Von Karman, Ste 1000
Irvine, CA 92612

# WIRE REQUEST FORM
## Correspondent

DATE: April 17 , 2006

WIRE AMOUNT: 240,444.18

**INTERMEDIARY BANK INFORMATION:**

NAME:

ADDRESS:

ABA #

**BENEFICIARY'S BANK INFORMATION:**

NAME: INDEPENDENCE SAV

ADDRESS:

BROOKLYN, NY

ABA #    226071211

**BENEFICIARY INFORMATION:**

NAME: EQUITY SOURCE HOME LOANS,LLC

ACCT. NO. AT BENEFICIARY'S BANK: 1336018088

ORDER NO: EQ8488

**FURTHER CREDIT INFORMATION:**

SINGLETARY Loan 1007213491

BORROWER NAME:

**BILLY E SINGLETARY**

LOAN NUMBER:

**1007213491**

Product - Traditional

---

Funder Name:

Courtney Fox

Funder Signature:

HUD-1 Impound Certification

Funding Authorization Number

835183

Printed by: Courtney Fox
Printed on: 04/17/2006 1:04:31 PM

NCMC
Wire Request Form
RE-293    (121302)

Page 1 of 1

1007213491

**EQUITITLE, LLC**
**1118 CAMPUS DRIVE WEST**
**MORGANVILLE, NJ  07751**
**TEL:  (732) 972-1820**
**FAX:  (732) 9720430**


**WIRE INSTRUCTIONS**

NAME OF ACCT:          **EQUITITLE, LLC TRUST ACCOUNT**
                       **1118 CAMPUS DRIVE WEST**
                       **MORGANVILLE, NJ  07751**

ACCT #:        **94205 44734**
NAME OF BANK:  **BANK OF AMERICA**
BANK ROUTING #:**026 009 593**

BANK ADDRESS: **MARLBORO PLAZA OFFICE**
              **ENGLISHTOWN, NJ  07726**

BANK TEL:      **(732) 972-4490  ASK FOR DIANE**

Loan Number: 0023442114

## Exhibit 1

A DISCHARGE OF MORTGAGE executed by **CHASE HOME FINANCE, LLC,** dated **JANUARY 25, 2007** and recorded on **FEBRUARY 09, 2007 BOOK 00991 PAGE 00234 INSTRUMENT NUMBER 001004196.**

An assignment from **EQUITY SOURCE HOME LOANS, LLC** to **NEW CENTURY MORTGAGE CORPORATION,** dated **MARCH 31, 2006** and recorded on **OCTOBER 11, 2007 BOOK 01144 PAGE 00313 INSTRUMENT NUMBER 001026816.**

New Century Mortgage Corporation 
18400 Von Karman, Ste 1000
Irvine, CA 92612

# WIRE REQUEST FORM
## Correspondent

DATE: April 17 , 2006

BORROWER NAME:

BILLY E SINGLETARY

WIRE AMOUNT: 240,444.18

LOAN NUMBER:

INTERMEDIARY BANK INFORMATION:

1007213491

NAME:

Product - Traditional

ADDRESS:

ABA #

BENEFICIARY'S BANK INFORMATION:

NAME: INDEPENDENCE SAV

ADDRESS:

BROOKLYN, NY

ABA #    226071211

BENEFICIARY INFORMATION:

NAME: EQUITY SOURCE HOME LOANS,LLC

ACCT. NO. AT BENEFICIARY'S BANK: 1336018088

ORDER NO: EQ8488

FURTHER CREDIT INFORMATION:

SINGLETARY Loan 1007213491

Funder Name:

HUD-1 Impound Certification

Courtney Fox

Funder Signature:

Funding Authorization Number

835183

Printed by: Courtney Fox
Printed on: 04/17/2006 1:04:31 PM

NCMC
Wire Request Form
RE-293    (121302)

Page 1 of 1

1007213491

# CORRESPONDENT FUNDING CONTROL

| Borrower(s) BILLY E SINGLETARY | | | | Loan Number 1007213491 | | Date Funded 04/17/2006 | | Prepay N/A |
|---|---|---|---|---|---|---|---|---|

Address, City, State, Zip
169 Vanhome St, Jersey City, NJ 07304

| Loan Program | Term | Fico | Owner Occupied | Non-Owner Occupied | Loan Purpose |
|---|---|---|---|---|---|
| 2/28 LIB 1.5/7 CAP BLI N30 | 360 | 582 | X | | Cashout Refinance |

| Purchased Balance | Interest Rate | Margin | Ratios | | LTV | Appraised Value |
|---|---|---|---|---|---|---|
| $238,000.00 | 8.225 | 6.250 | 37.412/ | 41.761 | 85.000 | 280,000.00 |

Original Loan Amount
238,000.00

Date 1st Pmt Due
To NEW CENTURY 06/01/2006

| Correspondent Lender: | Equity Source Home Loans LLC |
|---|---|
| | 1116 Campus Drive West |
| | Morganville, NJ 07751 |

P&I $1,695.16
Loan Status Approved
Risk A+
Census Tr. 4600

| | | | | |
|---|---|---|---|---|
| Home Branch | 0.000 | % ------> | $ 0.00 | |
| | | % ------> | $ | |
| Broker | 1.500 | % ------> | $ 3,570.00 | |
| Total | 1.500 | % ------> | $ 3,570.00 | |

Branch 3453/3453 - Pearl River (Region 24)
A/E Kevin Conover
Branch # 3453    Source # 05

## Loan Purchase Worksheet

| | |
|---|---|
| Purchase Loan Amount | $238,000.00 |
| Interest    -14   Days @ $ 53.63 From: 05/01/2006   To: 04/17/2006 | -$750.82 |
| Total Purchase Price (%):   1.500% | |
| Total Purchase Premium ($): | $3,570.00 |
| Net Impounds Due To/From Correspondent Lender: | $0.00 |
| Misc. fee #1 to/from seller NCEN | -$350.00 |
| Misc. fee #2 to/from seller assignment | -$25.00 |

```
FUND
```
(barcode)

| NET WIRE AMOUNT TO CORRESPONDENT LENDER | $240,444.18 |
|---|---|

APPROVED BY _____    Date _____

FUNDER    Courtney Fox _____    Date _____

WIRE AMOUNT $240,444.18



# LOAN CONFIRMATION

| | |
|---|---|
| Confirm Date: | 03.16.06 |
| Pricing Expires: | 03.30.06 |
| Credit Expires: | 05.15.06 |

Borrower: **BILLY SINGLETARY**

FastQual® Loan Number : 3621543
Lender Case Number :

Instructions: Please print two copies of this page on legal size paper. Attach one to the loan file when submitting final documentation to New Century and keep the other for your permanent records. Completed loan package must be submitted to New Century within 14 calendar days of confirmation date in order to honor the rate issued by FastQual. Loans submitted after the 14th day will be subject to repricing.

Please submit this loan confirmation and loan file to:

New Century Mortgage
2 Blue Hill Plaza, Lobby Level
Pearl River, NY 10965

## BROKER ID NUMBER: 80268

| Company | Address | City | State | Zip |
|---|---|---|---|---|
| EQUITY SOURCE HOME LOANS LLC | 1116 CAMPUS DRIVE WEST | MORGANVILLE | NJ | 07751 |

| | Phone | Fax | E-mail |
|---|---|---|---|
| Loan Officer Name reka rjhsinghani | 732.617.9550 | 732.617.9904 | rrljh@equitysource.com |
| Account Executive Kevin Conover | 732.276.0313 | 866.535.8045 | KConover@ncen.com |
| Account Manager Dawn Fratangelo | 845.201.2109 | 866.262.8547 | DFratangelo@ncen.com |

## LOAN INFORMATION

| | Phone | | | | |
|---|---|---|---|---|---|
| Borrower Name(s) BILLY SINGLETARY | 201.432.3905 | | | | |
| | | Property Address 189 VANHORNE ST | City Jersey City | State NJ | Zip 07304 |
| Co-Borrower Name(s) | Phone | | | | |

## LOAN DESCRIPTION

Loan Type: **Refinance**
Loan Amount: **$238,000**
Appraised Value: **$280,000**
Purchase Price: N/A
Occupancy: **Primary Residence**
Property Description: **Detached (SFR or PUD)**
Documentation: **Full**
Cash Out: **$47,000**
Down Payment: N/A
Location Type: **Suburban**
Cash Reserve Months: 0

LTV: **85%**
CLTV: **85%**

Product: **Traditional FICO Program**

Program Description: **40 Year ARM/2 Year Fixed**
Loan Term: **40 Year Fully Amortized.**
Pre-Payment Penalty: **Program or State Specific**

Buydown Points: 0.0
Broker Rebate: 1.0
Grade: **A+**
Middle Credit Score: 582

Base Rate: **8.000%**
Total Add-Ons: **0.350%**
Special Discount: **0.000%**
Final Rate: **8.350%**
Margin: **6.250%**
Monthly Payment: **$1,717.68**

Lender Loss Payable:
New Century Mortgage Corporation
P.O. Box 11052, Orange, CA 92856-8152
1-800-561-4567

## LOAN CONDITIONS

- ☐ W2 (prev 1 yr) for borrower
- ☐ Supporting documentation required for all excluded/modified tradelines
- ☐ Demands on all mortgages
- ☐ Photos of subject and comps (one set of originals)
- ☐ Escrow/closing instructions signed by all parties, certified copy
- ☐ All liens affecting title; incl. taxes must be paid @ closing
- ☐ 12 months canceled checks or VOR from a management company or a VOM w/12-month history
- ☐ Original file (complete)
- ☐ Broker Good Faith Estimate and TIL (final)
- ☐ 1003 (final) w/all sections complete; signed/dated
- ☐ Open accounts are subject to payoff at underwriter discretion
- ☐ Appraisal (original) signed/dated
- ☐ Broker must be licensed for business in property state
- ☐ Credit report (tri-merge) using the primary wage earner's middle score
- ☐ Payable (< 30 days) for borrower
- ☐ Appraisal review including conditions (satisfied)
- ☐ HUD (estimated/final) on subject transaction
- ☐ Prelim title report/title commitment
- ☐ Debt ratio cannot exceed product/program guidelines

NOTES:

# CORRESPONDENT FUNDING CONTROL

| Borrower(s) BILLY E SINGLETARY | | Loan Number 1007213491 | Date Funded 04/17/2006 | Prepay N/A |
|---|---|---|---|---|

Address, City, State, Zip
169 Vanhome St, Jersey City, NJ 07304

| Loan Program 2/38 LIB 1.5/7CAP BLLN30 | Term 360 | Fico 582 | Owner Occupied [X] | Non-Owner Occupied [ ] | Loan Purpose Cashout Refinance |
|---|---|---|---|---|---|

| Purchased Balance $238,000.00 | Interest Rate 8.225 | Margin 6.250 | Ratios 37.412/ 41.761 | LTV 85.000 | Appraised Value 280,000.00 |
|---|---|---|---|---|---|

Original Loan Amount
238,000.00

Date 1st Pmt Due
To NEW CENTURY 06/01/2006

Correspondent Equity Source Home Loans LLC
Lender:          1116 Campus Drive West
                 Morganville, NJ 07751

P&I $1,695.16
Loan Status Approved
Risk A+
Census Tr. 4600

| Home | 0.000 | % ------> | $ 0.00 |
|---|---|---|---|
| Branch | | % ------> | $ |
| Broker | 1.500 | % ------> | $ 3,570.00 |
| Total | 1.500 | % ------> | $ 3,570.00 |

Branch 3453/3453 - Pearl River (Region 24)
A/E Kevin Conover
Branch # 3453          Source # 05

## Loan Purchase Worksheet

| Purchase Loan Amount | $238,000.00 |
|---|---|
| Interest .14 Days @ $ 53.63 From: 05/01/2006 To: 04/17/2006 | -$750.82 |
| Total Purchase Price (%): 1.500% | |
| Total Purchase Premium ($): | $3,570.00 |
| Net Impounds Due To/From Correspondent Lender: | $0.00 |
| Misc. fee #1 to/from seller NCEN | -$350.00 |
| Misc. fee #2 to/from seller assignment | -$25.00 |

NET WIRE AMOUNT TO
CORRESPONDENT LENDER          $240,444.18

APPROVED BY _____   Date _____

FUNDER   Courtney Fox _____   Date _____

WIRE AMOUNT $240,444.18 _____

# ● DATA AUDIT SHEET ●

## LOAN DATA

Loan Number: 1007213491
Originator: New Century Mortgage Corporation
Matrix Code: Traditional
Concurrent Loan #:
Transaction Type:        Correspondent
Accounting Funding Date:
Date Funds Pledged:
Refinance Type:          . Debt Consolidation
Impounded:               No Escrow
Section 32:              N
Flood Ins. Required:     N

## NOTE

Property Street Addr:
**169 Vanhorne St**
Property Unit Nbr:
Property City:           Jersey City
Property State:          NJ
Property Zip:            07304
Property County:         Hudson

| | |
|---|---|
| Loan Program: | 2/38 LIB 1.5/7CAP BLLN30 |
| Loan Amount: | 238,000.00 |
| Purchase Balance: | 238,000.00 |
| Interest Rate: | 8.225 |
| 1st Payment Due: | 06/01/2006 |
| 1st Due To NCM: | 06/01/2006 |
| Maturity Date: | 05/01/2036 |
| P & I: | 1,695.16 |
| Amortization Term: | 480 |
| Loan Term: | 360 |
| The Index: | 6 Month LIBOR Index |
| Look Back Period: | |
| Margin: | 6.25 |
| Rounding Method: | Rounded to the nearest .125 |
| Periodic Cap: | 1.500% |
| 1st Rate Adj Cap: | 1.500% |
| 1st Rate Adj Date: | 05/2008 |
| Life Rate Ceiling: | 15.225 |
| Late Charge (days): | 15 |
| Late Charge (%): | 5.000 |
| PrePay Penalty (yrs): | 0 |
| Assumable: | No |

## BRANCH / BROKER / FEES

Branch: 3453/3453 - Pearl River (Region 24)
**Account Executive Kevin Conover**
Broker: 80268    Equity Source Home Loans LLC

| | | |
|---|---|---|
| Origination Points: | 0.000 | 0.00 |
| Broker Fees: | | 0.00 |
| Broker Rebate: | 0.000 | 0.00 |
| Corr Purch Price: | | .00 |
| Discount Points: | | 0.00 |
| Lender Fees: | | 0.00 |

Was the loan audited by the funder?  ☐ Yes  ☐ No

Auditor: _____
     Shipper

## BORROWER INFORMATION

Application Date:        03/16/2006
**Borrower 1**
Last Name:               SINGLETARY
First Name:              BILLY
Middle Name:             E
Suffix:
Mailing Address:
**169 VANHORNE ST**
**Jersey City, NJ 07304**
Marital Status:          Unmarried
Home Phone:              (201)432-3905
Work Phone:              2013303225
Time on Property:        2
Time on Job:             27
SSN:                     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
FICO Score:              582
HMDA Data:
  Ethnicity: Not Hispanic or Latino   Sex: M DOB: 08/06/45
  Race:White

Application Taken:       By Telephone
Lender's Observation: No
**Co-Borrower/ Borrower 2**
Last Name:
First Name:
Middle Name:
Suffix:
Mailing Address:

Marital Status:
Home Phone:
Work Phone:
SSN:
HMDA Data:
  Ethnicity:                    Sex:    DOB:
  Race:

Application Taken:
Lender's Observation:

## APPROVAL

Risk Grade:              A+
Doc Type:                Full Doc - 2yr W2/Tax Returns
Loan Purpose:            Cashout Refinance
Occupancy:               Primary Residence
Income:                  5,856.01
Front Debt Ratio:        37.412
Back Debt Ratio:         41.761
Underwriter Name:        Tarene Keegan
LTV:                     85.000
CLTV:                    85.000
Existing Lien Balance:                N/A

## APPRAISAL

Sales Price:             238,000.00
Review Appraisal Amt.    280,000.00
Appraisal Amount         280,000.00
Property Type:           2 Unit
PUD Project Name:

Editor: _____
     Supervisor / Manager

Comments: _____
_____
_____
_____

# Uniform Underwriting and Transmittal Summary

## I. Borrower and Property Information

Borrower Name **BILLY SINGLETARY**　　SSN 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

Co-Borrower Name　　SSN

Property Address **189 VANHORNE ST, Jersey City, NJ 07304**

| Property Type | Project Classification | | Occupancy Status | Additional Property Information |
|---|---|---|---|---|
| ☐ 1 unit | Freddie Mac | Fannie Mae | ☑ Primary Residence | Number of Units **2** |
| ☐ 2-4 units | ☐III Condo | ☐P Limited Review New | ☐E PUD ☐1 Co-op | ☐ Second Home | Sales Price $ |
| ☐ Condominium | ☐III Condo | ☐Q Limited Review Est. | ☐F PUD ☐2 Co-op | ☐ Investment Property | Appraised Value $ **280,000** |
| ☐ PUD ☐ Co-op | ☐II Condo | ☐R Expedited New | | |
| ☐ Manufactured Housing | | ☐S Expedited Est. | | Property Rights |
| ☐ Single Wide | | ☐T Fannie Mae Review | | ☑ Fee Simple |
| ☐ Multiwide | | ☐U FHA-approved | | ☐ Leasehold |

Project Name

## II. Mortgage Information

| Loan Type | Amortization Type | Loan Purpose | Lien Position |
|---|---|---|---|
| ☑ Conventional | ☐ Fixed-Rate—Monthly Payments | ☐ Purchase | ☑ First Mortgage |
| ☐ FHA | ☐ Fixed-Rate—Biweekly Payments | ☐ Cash-Out Refinance | Amount of Subordinate Financing |
| ☐ VA | ☑ Balloon | ☐ Limited Cash-Out Refinance (Fannie) | |
| ☐ USDA/RHS | ☑ ARM (type) **2/28 ARM** | ☐ No Cash-Out Refinance (Freddie) | (If HELOC, include balance and credit limit) |
| | ☐ Other (specify) | ☐ Home Improvement | ☐ Second Mortgage |
| | | ☐ Construction to Permanent | |

| Note Information | Mortgage Originator | Buydown | If Second Mortgage |
|---|---|---|---|
| Original Loan Amount $ **238,000** | ☐ Seller | ☐ Yes | Owner of First Mortgage |
| Initial P&I Payment $ **1,717.66** | ☐ Broker | ☑ No | ☐ Fannie Mae ☐ Freddie Mac |
| Initial Note Rate **8.350 %** | ☐ Correspondent | Terms | ☐ Seller/Other |
| Loan Term (in months) **480/360** | Broker/Correspondent Name and Company Name: | | Original Loan Amount of First Mortgage |
| | | | $ |

## III. Underwriting Information

Underwriter's Name

Appraiser's Name/License #

Appraisal Company Name

| Stable Monthly Income | | | | Present Housing Payment: $ **1,699.00** |
|---|---|---|---|---|
| | Borrower | Co-Borrower | Total | Proposed Monthly Payments |
| Base Income | $ 4,775.50 | $ | $ 4,775.50 | Borrower's Primary Residence |
| Other Income | $ | $ | $ | First Mortgage P&I $ **1,717.66** |
| | | | | Second Mortgage P&I $ |
| Positive Cash Flow (subject property) | $ | $ | $ | Hazard Insurance $ **93.50** |
| Total Income | $ 4,775.50 | $ | $ 4,775.50 | Taxes $ **402.20** |
| | | | | Mortgage Insurance $ |
| Qualifying Ratios | | Loan-to-Value Ratios | | HOA Fees $ |
| Primary Housing Expense/Income | 46.348 % | LTV | 85.000 % | Lease/Ground Rent $ |
| Total Obligations/Income | 51.541 % | CLTV/TLTV | 85.000 % | Other $ |
| Debt-to-Housing Gap Ratio (Freddie) | | HCLTV/HTLTV | | Total Primary Housing Expense $ **2,213.36** |
| | | | | Other Obligations |
| Qualifying Rate | | Level of Property Review | | Negative Cash Flow (subject property) $ |
| ☑ Note Rate | 8.350 % | ☐ Exterior/Interior | | |
| ☐ ____ % Above Note Rate | | ☐ Exterior Only | | All Other Monthly Payments $ **248.00** |
| ☐ ____ % Below Note Rate | | ☐ No Appraisal | | Total All Monthly Payments $ **2,461.36** |
| ☐ Bought-Down Rate | | Form Number: | | |
| ☐ Other | % | | | Borrower Funds to Close |
| | | | | Required $ |
| Risk Assessment | | Escrow (T&I) | | Verified Assets $ |
| ☐ Manual Underwriting | | ☑ Yes ☐ No | | |
| ☐ AUS | | | | Source of Funds |
| ☐ DU ☐ LP ☐ Other | | | | No. of Months Reserves |
| AUS Recommendation | | | | Interested Party Contributions % |
| DU Case ID/LP AUS Key# | | | | |
| LP Doc Class (Freddie) | | Community Lending/Affordable Housing Initiative ☐ Yes ☑ No | | |
| Representative Credit/Indicator Score | | Home Buyers/Homeownership Education Certificate in file ☐ Yes ☑ No | | |

Underwriter Comments

Borrower/Co-Borrower: FICO - 604  TransUnion - 582  Equifax - 576

## IV. Seller, Contract, and Contact Information

| Seller Name | Contact Name |
|---|---|
| Seller Address | Contact Title |
| | Contact Phone Number ____ ext. ____ |
| Seller No. ____ Investor Loan No. ____ | |
| Seller Loan No. | Contact Signature |
| Master Commitment No. | |
| Contract No. | Date |

## Multiple Loan Verification Form
## REQUEST FOR MORTGAGE HISTORY

**Request**

| | | **Return Item To:** | |
|---|---|---|---|
| To: | Customer Service | To: | Dawn Fratangelo |
| Fax: | (949) 475-6229 | Fax: | |

Date:
Printed By:        Peter O'Donnell
CC/Branch:        3453/3453 - Pearl River (Region 24)
Current Loan #:   1007213491
Borrower Name:    BILLY SINGLETARY
Borrower SSN:     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
Co-borrower Name:
Co-borrower SSN:
Property Address:  169 VANHORNE ST, Jersey City, NJ  07304

| LOAN NUMBER | STATUS DATE | STATUS | |
|---|---|---|---|
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |
| | | | Borrower:<br>Coborrower:<br>Branch:<br>Underwriter:<br>Address: |

MLV Message:

Has New Century or Affiliate funded a loan on the subject property within the last 12 months?
Last Modified:                    by:

*Confidentiality Notice*

This message is intended for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the address listed above via the United States Postal Service. Thank you.

NCMC
MLV Results from MLV Eagles
MLV    (071691)                    Page 1 of 1                    1007213491

**Chase**
10151 Deerwood Park Boulevard
Building 300, 1st Floor
Jacksonville, FL 32256

**CHASE** 

September 11, 2018

Billy Singletary
169 Vanhorne Street
Jersey City, NJ 07304

**Please send us the information we need to investigate your identity theft claim**

Case Number:     2018-09-006973 & 2018-09-006989

Dear Billy Singletary:

We're writing about a notice from September 7, 2018, to Chase Mortgage Banking Post Funding Investigations that your name and Social Security number may have been used without your knowledge to obtain the home equity accounts.

To help us look into this matter, please complete and return the following enclosed form(s) and other items:

- Identity Theft/Forgery Questionnaire

- IRS Form 4506-T (Request for Transcript of Tax Return)

- SSA-89 Form (Authorization for the Social Security Administration (SSA) to Release Social Security Number (SSN) Verification form)

- A copy of your driver's license

- A copy of the police report

Please return these items by September 26, 2018, in the FedEx envelope we've enclosed. We've also enclosed an Identity Theft Help Kit, which you may find helpful, and a credit reporting agency victim assistance address/telephone directory.

If you have any questions, please call me at one of the numbers below Monday through Friday from 8 a.m. to 4:30 p.m. Eastern Time.

Sincerely,

Zack Mathenia
Investigations Specialist
Chase
1-904-620-6920 Direct number
1-800-992-7169 General number
1-800-582-0542 TTY
1-866-331-9718 Fax (Free of charge from any Chase branch)
www.chase.com

# First American Title Insurance Company

SCHEDULE B - SECTION I

REQUIREMENTS

File No.: EQ8488

The following requirements must be met:

1.  Pay the agreed amounts for the interest in the land and/or the mortgage to be insured.

2.  Document(s) satisfactory to us creating the interest in the land and/or the mortgage to be insured must be signed, delivered, and recorded and properly indexed in the land records.

    **MORTGAGE:   Billy E. Singletary and Ida Mae Singletary to Equity Source Home Loans, LLC**

3.  Pay us the premiums, fees and charges for the policy.

4.  You must tell us in writing the name of anyone not referred to in this Commitment who will get an interest in the land or who will make a loan on the land and we may make additional requirements or exceptions relating to the interest or the loan.

5.  Affidavits of Title by all sellers and all mortgagors must be submitted and this Commitment is subject to such additional exceptions, if any, we then deem appropriate.

6.  Spouses, if any, of vested owners as set forth in Schedule A hereof must sign the deed if the subject premises is now or ever has been used as the primary marital premises.

7.  A proper Notice of Settlement must be filed prior to closing and the documents creating the interest or interests to be insured must be recorded and indexed within the 45 day period following this filing.

8.  A continuation search (rundown) of the title must be ordered not less than 24 hours prior to closing of title.

9.  New Jersey Superior Court, United States District Court and United States Bankruptcy Court search dated March 14, 2006 shows **1 pages of judgments PAID WITH PROCEEDS**

    NOTE: Judgments to be satisfied of record or affidavit submitted that same are not against persons in chain of title and/or purchasers, but against other with the same or similar names..

    Patriot Search dated March 16, 2006 shows **CLEAR.**

10. **Spouses, if any, of vested owners as set forth in Schedule A must sign the proposed insured mortgage if the subject premises is or has ever been the principal marital residence. BOTH SIGNED**

11. **Cancellation or other disposition of the Mortgage from Billy E. Singletary and Ida Mae Singletary, Husband and Wife to BNC Mortgage, Inc., dated May 19, 2005, recorded June 16, 2005, in Mortgage Book 12967 Page 39, securing $180,000.00. PAID WITH PROCEEDS**

*Issued by:*
*Equititle, LLC*
169 Van Horne Street
Jersey City, NJ 07304
Telephone: 732-972-1820 Fax: 732-972-0430



# First American Title Insurance Company

### SCHEDULE B - SECTION 2

### EXCEPTIONS

File No.: **EQ8488**

Any policy we issue will have the following exceptions unless they are taken care of to our satisfaction.

1.  Defects, liens, encumbrances, adverse claims or other matters, if any, created first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this Commitment.

2.  Rights or claims by parties in possession not shown by the public records.

3.  Easements, or claims of easements, not shown by the public records

4.  Easements, encroachments, overlaps, boundary line disputes or other matters affecting title which a survey would disclose, and which are not shown by the public records.

5.  Any lien. or right to a lien, for services, labor or material heretofore or hereafter furnished imposed by law and not shown by the public records.

6.  Taxes, charges and assessments as described on attached sheet.

7.  Subject to possible added or omitted assessments as provided by N.J.S.A 54:4-64, et seq.

8.  Rights of tenants, lessees or parties in possession, if any.

9.  Covenants, conditions, restrictions and easements which may exist on the land.

Countersigned: _____

Amy Sussman
Authorized Signatory

NOTE: The following endorsement(s) will be attached to the Final Mortgage Policy when applicable.
[X] Alta 6 (Adjustable Rate) Endorsement
[X] Alta 8.1 (Environmental Protection Lien) Endorsement
[X] Alta 9 (Restrictions Endorsement) Endorsement
[X] No Survey Survey Endorsement

*Issued by:*
***Equititle, LLC***
169 Van Horne Street
Jersey City, NJ 07304
Telephone: 732-972-1820 Fax: 732-972-0430

# First American Title Insurance Company

SCHEDULE C

LEGAL DESCRIPTION

File No.: **EQ8488**

ALL that certain lot, parcel or tract of land, situate and lying in the City of Jersey City, County of Hudson, State of New Jersey, and being more particularly described as follows:

BEING known and designated as Lot 22 & 23 in Block 498 as shown on map entitled "Map of South Lafayette, Hudson County, New Jersey" duly filed on August 11, 1869 as Map No. 582.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot J in Block 2041 on the City of Jersey City Tax Map.

Premises commonly known as 169 Van Horne Street, Jersey City, NJ 07304

*Issued by:*
***Equititle, LLC***
169 Van Horne Street
Jersey City, NJ 07304
Telephone: 732-972-1820 Fax: 732-972-0430

# First American Title Insurance Company

Date: March 20, 2006

Equity Source Home Loans, LLC, its successors
and/or assigns
1116 Campus Drive West
Morganville, NJ 07751

Re:    Closing Service Letter
       Issuing Agent *or* Attorney
       whose conduct is covered:        Equititle, LLC
                                        1118 Campus Drive West
                                        Morganville, NJ  07751
       File No.:                        EQ8488
       Premises:                        Lot J, Block 2041, City of Jersey City, County of Hudson
       Borrower/Buyer:                  Billy E. Singletary and Ida Mae Singletary

Dear Customer:

When title insurance of First American Title Insurance Company is specified for your protection in connection with the closing of the above described real estate transaction in which you are to be a lender secured by a mortgage of an interest in land, the Company, subject to the Conditions and Exclusions set forth below, hereby agrees to reimburse you for actual loss incurred by you in connection with that closing when conducted by the above named Issuing Agent (an agent authorized to issue title insurance for the Company) of First American Title Insurance Company or the above named Attorney when such loss arises out of:

1.    Failure of the Issuing Agent or Attorney to comply with your written closing instructions to the extent that they relate to (a) the title to said interest in land or the validity, enforceability and priority of the lien of said mortgage on said interest in land, including the obtaining of documents and the disbursement of funds necessary to establish such title or lien, or (b) the collection and payment of funds due you; or

2.    Fraud or misapplication of the Issuing Agent or Attorney in handling your funds in connection with the matters set forth in paragraph 1 above.

If you are a lender protected under the foregoing paragraph, your borrower in connection with a loan secured by a mortgage on a one to four family dwelling, which is the principal residence of the borrower, shall be protected, but only to the extent of the foregoing paragraph 2, as if this letter were addressed to your borrower. If you are a purchaser of a one to four family dwelling, including a condominium unit, which is your principal residence, and are paying cash for the purchase, you are protected, but only to the extent of the foregoing paragraph 2.

CONDITIONS AND EXCLUSIONS

A.    The Company will not be liable to you for loss arising out of:

1.    Failure of the Issuing Agent or Attorney to comply with your closing instructions which require title insurance protection inconsistent with that set forth in the title insurance binder or commitment issued by the Company. Instructions which require the removal of specific exceptions to title or compliance with the requirements contained in said binder or commitment shall not be deemed to be inconsistent.

2.    Loss or impairment of your funds in the course of collection or while on deposit with a bank due to bank failure, insolvency or suspension, except when such shall result from failure of the Issuing Agent or the Attorney to comply with your written closing instructions to deposit the funds in a bank which you designated by name.

3.    Mechanics' and materialmen's liens in connection with a construction loan transaction, except to the extent that protection against such liens is afforded by a title insurance binder, commitment or policy of the Company.

B.    If the closing is to be conducted by an Issuing Agent or Attorney, a title insurance binder or commitment for the issuance of a policy of title insurance of the Company must have been received by you prior to the transmission of your final closing instructions to the Attorney.

C.    When the Company shall have reimbursed you pursuant to this letter, it shall be subrogated to all rights and remedies which you would have had against any person or property had you not been so reimbursed. Liability of the Company for such reimbursement shall be reduced to the extent that you have knowingly and voluntarily impaired the value of such right of subrogation.

D.    Any liability of the Company for loss incurred by you in connection with closings of real estate transactions by an Issuing Agent or Attorney shall be limited to the protection provided by this letter. However, this letter shall not affect the protection afforded by a title insurance binder, commitment or policy of the Company.

E.    Claims shall be made promptly to the Company at its office at  Five Greentree Centre, Suite 100, Marlton, New Jersey 08053-3422. When the failure to give prompt notice shall prejudice the Company, then liability of the Company hereunder shall be reduced to the extent of such prejudice.

F.    Liability under this letter is limited to the amount of insurance committed for and is subject to all of the Conditions and Stipulations of the policy or policies committed to be issued by the Company. All liability hereunder shall merge into the policy or policies when issued.

THIS LETTER DOES NOT APPOINT THE ABOVE NAMED ATTORNEY AS AN AGENT OF FIRST AMERICAN TITLE INSURANCE COMPANY.

The protection under this Closing Service Letter is limited to the closing on the premises described in the caption of this letter.

First American Title Insurance Company

By: _____
Christine Grande
Authorized Signature

NJRB 6-04 Rev. 6/1/04
(6/1/04)

**First American Title Insurance Company**
5 Greentree Centre, Suite 100          46-50 Throckmorton Street, Suite A
Marlton, New Jersey 08053-3422          Freehold, New Jersey 07728-1945
(856) 810-0909  Fax (856) 810-0157          (732) 462-6442  Fax (732) 462-7872



# Prestige New Jersey Title Agency, Inc.
### 87 South Street 2nd Floor
### Freehold, NJ 07728
### Telephone: (732) 333-0507 Fax: (732) 333-0798

September 08, 2018

Billy E. Singeletary
169 Van Horne Street
Jersey City, New Jersey 07304-3319

**Reference: 169 Van Horne Street - mortgages**

Dear Sir:

As per your request, we have continued the search on your property from June 2005 to September 4, 2018 with the following results:

Mortgage Book 12967 page 39 – Satisfied on June 12, 2006

Mortgage Book 14297 page 1 – Satisfied on February 9, 2007 and on August 15, 2018

Mortgage Book 15516 page 1 – recorded February 15, 2007 in Book 15516 page 1; said mortgage was assigned to The Bank of New York Mellon in Book 1219 page 242.
Lis Pendens filed January 12, 2016 in Book 480 page 243.

I have enclosed copies of the above documents.  I hope you were able to get in touch with your attorney and everything gets worked out for you.

Very truly yours,

Eda Cruz, Title Officer
Prestige New Jersey Title Agency, Inc.

Letterhead       - 1 -       CMS Form No. NJ-502

7

IN WITNESS WHEREOF, the said Assignor has hereunto set his hand and seal or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this 31st day of March, 2006. Signed, Sealed and Delivered in the presence of or attested by:

EQUITY SOURCE HOME LOANS, LLC,
A LIMITED LIABILITY COMPANY

By: _____
     Robert Gomer
     Partner

STATE OF NEW JERSEY,
COUNTY OF  HUDSON                    SS.:

I CERTIFY that on  3/31/06

Dorothy Gomer
personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached instrument; and
(b) executed this instrument as his or her own act.      Robert Gomer

_____  4/4/06
Notary's Signature            Date

_____
Notary's printed or typed name

My commission expires:

DOROTHY J. GOMER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 1/30/2008

BK:01144  PG:00315

NEW JERSEY ASSIGNMENT OF MORTGAGE
01/05/06                              Page 2 of 2              DocMagic eForms 800-649-1362
                                                                www.docmagic.com

**8**

When Recorded Mail To:
New Century Mortgage Corp.
210 Commerce
Irvine, CA 92602
Attn: Cristina Salas

ATTN:

Loan Number: 1007213491
Servicing Number:

NCM LN #1007213491                    ──────[SPACE ABOVE THIS LINE FOR RECORDER'S USE]──────

## Assignment of Mortgage

KNOW ALL MEN BY THESE PRESENTS: THAT  EQUITY SOURCE HOME LOANS, LLC,
, existing under the laws of the
NEW JERSEY                    , residing or located at  1116 CAMPUS DRIVE WEST
, in the City of
MORGANVILLE                    , in the County of                                                       and in
the State of  NEW JERSEY                    herein designated as the Assignor, for and in consideration of the
sum of ONE DOLLAR and other good and valuable consideration, the receipt whereof is hereby acknowledged, does by these
presents assign to  NEW CENTURY MORTGAGE CORPORATION
residing or located at  18400 VON KARMAN, SUITE 1000, IRVINE, CALIFORNIA 92612

herein designated as the Assignee, a certain Mortgage dated  MARCH 31, 2006                    made by
BILLY E SINGLETARY AND IDA MAE SINGLETARY HUSBAND AND WIFE

on real property located in the    City                         of JERSEY CITY
in the County of   HUDSON                    and State of New Jersey, to secure payment of the sum of
TWO HUNDRED THIRTY-EIGHT THOUSAND AND 00/100
which mortgage is recorded in the clerk's office of the County of   HUDSON   on   6/21/2006          in
Book   14297        of Mortgages on Page  (1

TOGETHER with the Bond, Note or other Obligation therein described, and the money due and to grow due thereon, with
the interest. TO HAVE AND TO HOLD the same unto the said Assignee forever, subject only to all the provisions contained
in the said Mortgage and the Bond, Note or other Obligation. AND the said Assignor hereby constitutes and appoints the
Assignee as the Assignor's true and lawful attorney, irrevocable in law or in equity, in the Assignor's name, place and stead
but at the Assignee's cost and expense, to have, use and take all lawful ways and means for the recovery of all the said money
and interest; and in case of payment, to discharge the same as fully as the Assignor might or could do if these presents were
not made.

AND the Assignor covenants that there is now due and owing the said Mortgage and the Bond, Note or other Obligation
secured thereby, the sum of  TWO HUNDRED THIRTY-EIGHT THOUSAND AND 00/100
Dollars
principal with interest thereon to be computed at the rate of  EIGHT AND 225/1000                    percent
per year from   MAY 1, 2006                    , and that there are no set-offs, counterclaims or defenses against the same,
in law or in equity, nor have there been any modifications or other changes in the original terms thereof, other than as stated
herein.

In all references herein to any parties, entities or corporations the use of any particular gender or the plural or singular
number is intended to include the appropriate gender or number as the text of the within instrument may require.

PROPERTY ADDRESS: 169 VANHORNE ST, JERSEY CITY, NEW JERSEY

BK=01144   PG=00314

NEW JERSEY ASSIGNMENT OF MORTGAGE
01/09/06                                      Page 1 of 2                    DocMagic *eForms* 800-649-1362
www.docmagic.com

**9**

```
001026816          10/11/2007 01:17P
RECEIVED           WILLIE L. FLOOD
AND                HUDSON COUNTY
RECORDED           REGISTER OF DEEDS
ASN                Receipt No. 412188
```

Recording Requested By:
New Century Mortgage Corp.

WHEN RECORDED, MAIL TO:

NEW CENTURY MORTGAGE CORP.
210 COMMERCE
IRVINE, CA 92602
ATTN:  Jennifer Rivera

NCM LN#:  1007213491

Assignment of Mortgage

BK=01144    PG=00313

*10*

Loan Number: 0023442114



(Page 5 of 5)

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)          _____ (Seal)
BETTY B. SINGLETARY        -Borrower                                 -Borrower

_____ (Seal)          _____ (Seal)
                           -Borrower                                 -Borrower

_____ (Seal)          _____ (Seal)
                           -Borrower                                 -Borrower

20100815093082660
08/16/2010  02:09:47 PM
SATIS
NUMBER OF PAGES : 11
PDALAL

[Sign Original Only]

MAA
6/14/2018 v6                                                         Page 9 of 9

Loan Number: 0023442114

(Page 4 of 4)

**9.  OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

**10.  WAIVERS**

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**11.  UNIFORM SECURED NOTE**

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

FIXED / ADJUSTABLE RATE BALLOON NOTE (MULTISTATE)
10057 07/10/08                                          Page 4 of 9

MAA
6/14/2018 v6                                            Page 8 of 9



Loan Number: 0023442114

(Page 3 of 5)

**5.  BORROWER'S RIGHT TO PREPAY**

I have the right to make payments of Principal at any time before they are due.  A payment of Principal only is known as a "Prepayment."  When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the monthly payments due under the Note.

I may make a full Prepayment or partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note.  However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of this Note.  If I make a partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes.  My partial Prepayment may reduce the amount of my monthly payments after the first Change Date following my partial Prepayment.  However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

**6.  LOAN CHARGES**

If a law, which applies to this Loan and which sets maximum loan charges, is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me.  If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

**7.  BORROWER'S FAILURE TO PAY AS REQUIRED**

(A) Late Charges for Overdue Payments
If the Note Holder has not received the full amount of any monthly payment by the end of  15  calendar days after the date it is due, I will pay a late charge to the Note Holder.  The amount of the charge will be  5.000  % of my overdue payment of principal and interest.  I will pay this late charge promptly but only once on each late payment.

(B) Default
If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

(C) Notice of Default
If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount.  That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

(D) No Waiver By Note Holder
Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

(E) Payment of Note Holder's Costs and Expenses
If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law.  These expenses include, for example, reasonable attorneys' fees.

**8.  GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.  Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

MSMC / ADJUSTABLE RATE BALLOON NOTE (MULTISTATE)
BL43.9  01/17/03                                                    Page 3 of 5

MAA
6/14/2018 v6

**13**

Loan Number: 0023442114

(Page # of 8)

I will make my monthly payments at 1116 CAMPUS DRIVE WEST, MORGANVILLE, NEW JERSEY 07751
or at a different place if required by the Note Holder.

(B) Amount of My Initial Monthly Payments
Each of my initial monthly payments will be in the amount of U.S. $ 3,695.36 . This amount may change.

(C) Monthly Payment Changes
Changes in my monthly payment will reflect changes in the unpaid principal of my loan and in the interest rate that I must pay. The Note Holder will determine my new interest rate and the changed amount of my monthly payment in accordance with Section 4 of this Note.

**4. INTEREST RATE AND MONTHLY PAYMENT CHANGES**

(A) Change Dates
The interest rate I will pay may change on the 1st day of MAY, 2008 , and on that day every 6th month thereafter. Each date on which my interest rate could change is called a "Change Date."

(B) The Index
Beginning with the first Change Date, my interest rate will be based on an Index. The "Index" is the average of interbank offered rates for six month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal. The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."
If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

(C) Calculation of Changes
Before each Change Date, the Note Holder will calculate my new interest rate by adding SIX AND 250/1000 percentage points ( 6.250 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.
The Note Holder will then determine the amount of monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full over the remaining Amortization Period at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment. Notwithstanding the Amortization Period applicable to this Note, the entire unpaid principal amount will be fully due and payable on the Maturity Date.

(D) Limits on Interest Rate Changes
Before each Change Date, the interest rate I am required to pay at the first Change Date will not be greater than 9.725 % or less than 6.225 %. Thereafter, my interest rate will never be increased or decreased on any single Change Date by more than ONE AND 500/1000 percentage point(s) ( 1.500 %) from the rate of interest I have been paying for the preceding 6 months. My interest rate will never be greater than 15.225 %. My interest rate will never be less than 6.225 %.

(E) Effective Date of Changes
My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

(F) Notice of Changes
The Note Holder will deliver or mail to me a notice of any changes in my interest rate and the amount of my monthly payment before the effective date of any change. The notice will include information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

MEMO - ADJUSTABLE RATE BALLOON NOTE (MULTISTATE)
NC-423  01/19/05                          Page 5 of 8

14

Loan Number: 0023442114

## Exhibit 2

### (Copy of Note/Credit Agreement)

(Page 1 of 9)

Loan Number: 1007213491

## ADJUSTABLE RATE BALLOON NOTE
(LIBOR Six-Month Index (As Published in *The Wall Street Journal*) - Rate Caps)

THIS NOTE CONTAINS PROVISIONS ALLOWING FOR CHANGES IN MY INTEREST RATE
AND MY MONTHLY PAYMENT. THIS NOTE LIMITS THE AMOUNT MY INTEREST RATE
CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

THIS LOAN IS PAYABLE IN FULL AT MATURITY. YOU MUST REPAY THE ENTIRE PRINCIPAL
BALANCE OF THE LOAN AND UNPAID INTEREST THEN DUE. LENDER IS UNDER NO OBLIGATION
TO REFINANCE THE LOAN AT THAT TIME. YOU WILL, THEREFORE, BE REQUIRED TO MAKE
PAYMENT OUT OF OTHER ASSETS THAT YOU MAY OWN, OR YOU WILL HAVE TO FIND A
LENDER, WHICH MAY BE THE LENDER YOU HAVE THIS LOAN WITH, WILLING TO LEND YOU
THE MONEY. IF YOU REFINANCE THIS LOAN AT MATURITY, YOU MAY HAVE TO PAY SOME OR
ALL OF THE CLOSING COSTS NORMALLY ASSOCIATED WITH A NEW LOAN EVEN IF YOU OBTAIN
REFINANCING FROM THE SAME LENDER.

MARCH 31, 2006          MORGANVILLE          NEW JERSEY
        [Date]                [City]               [State]

159 VANHORNE ST., JERSEY CITY, NEW JERSEY 07304
                    [Property Address]

**1.  BORROWER'S PROMISE TO PAY**
In return for a loan that I have received, I promise to pay U.S. $ 235,000.00            (this amount is
called "Principal"), plus interest, to the order of Lender. Lender is EQUITY SOURCE HOME LOANS,
LLC, A LIMITED LIABILITY COMPANY (LIC. # C040061)
I will make all payments under this Note in the form of cash, check or money order.
I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who
is entitled to receive payments under this Note is called the "Note Holder."

**2.  INTEREST**
Interest will be charged on unpaid principal until the full amount of Principal has been paid. I will pay interest
at a yearly rate of   8.225  %. The interest rate I will pay may change in accordance with Section 4 of this
Note.
The interest rate required by this Section 2 and Section 4 of this Note is the rate I will pay both before and after
any default described in Section 7(B) of this Note.

**3.  PAYMENTS**
(A) Time and Place of Payments
I will pay principal and interest by making a payment every month.
I will make my monthly payments on the  1st   day of each month beginning on  JUNE 1,
2006  . My monthly payments will be applied as of amount 40      years after the period (the
"Amortization Period"). I will make these payments every month until I have paid all of the principal and interest
and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of
its scheduled due date and will be applied to interest before Principal. If, on MAY 1, 2036
I still owe amounts under this Note, I will pay those amounts in full on that date, which is called the "Maturity Date."

LOAN - ADJUSTABLE RATE BALLOON NOTE (MULTISTATE)
86-137 01/05/06                                    Page 1 of 5



Loan Number: 0023442114

# Exhibit 1

A **DISCHARGE OF MORTGAGE** executed by **CHASE HOME FINANCE, LLC**, dated **JANUARY 25, 2007** and recorded on **FEBRUARY 09, 2007 BOOK 00991 PAGE 00234 INSTRUMENT NUMBER 001004196**.

An assignment from **EQUITY SOURCE HOME LOANS, LLC** to **NEW CENTURY MORTGAGE CORPORATION**, dated **MARCH 31, 2006** and recorded on **OCTOBER 11, 2007 BOOK 01144 PAGE 00313 INSTRUMENT NUMBER 001026816**.

MAA
6/14/2018 v6

Page 4 of 9



Loan Number: 0023442114

## NEW JERSEY ACKNOWLEDGEMENT

**ACKNOWLEDGMENT**

**State of Louisiana**

**Parish of Ouachita**

On this  06 day of AUGUST, 2018, before me appeared ERICA S. WEBB, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the VICE PRESIDENT, of JPMorgan Chase Bank, National Association, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that ERICA S. WEBB acknowledged the instrument to be the free act and deed of the said entity.

AMY GOTT
OUACHITA PARISH, LOUISIANA
LIFETIME COMMISSION
NOTARY ID # 66398

Notary Public
ID No.  00396
Lifetime Commission

MAA
6/14/2018 v6

Page 3 of 9

*17*

Loan Number: 0023442114

4.   Attached hereto as Exhibit 1 is a list of all documents of record relating to this Security
     Instrument that I have identified based on this review.

5.   Based on the search described above, it appears there is a gap in the chain of assignments
     of the Security Instrument between **NEW CENTURY MORTGAGE
     CORPORATION** and **CHASE HOME FINANCE, LLC.** One or more assignments
     may be missing within this gap. I have concluded that such assignment(s) either were
     never completed or, if completed, were never recorded. After a good faith attempt, I
     have concluded such assignment(s) cannot now be obtained.

JPMorgan Chase Bank, National Association

By:

Name:   **ERICA S. WEBB**

Title:   **VICE PRESIDENT**

Date:   **AUGUST 06, 2018**

Subscribed and sworn to (or affirmed) before me
this 06 day of **AUGUST, 2018,**
by **ERICA S. WEBB.**

_____ Notary Public
ID No. _____
Ouachita Parish, Louisiana
Lifetime Commission

MAA
6/14/2018 v6

Page 2 of 9

# EXHIBIT

# L



FIT RUN          CHASE          866-212
204-705-6191                   ERNEN 2834
                               ALNEL BUSUED

②

Chase Home Finance LLC          RYAN PARKJ
P.O. Box 509011
San Diego, CA 92150-9011        EXT:           12.
10790 Rancho Bernardo Road
San Diego, CA 92127             RON MARLON

BILLY E SINGLETARY                          April 6, 2006
169 VAN HORNE ST
JERSEY CITY  NJ 07304                              $C2.5

       LETTER TO CHASE    RE: Loan Number 20790812

   Dear Borrower(s):    NOT MY ID    HORIZON GAP, INC
ANOTHER ID                          303-242-4338
   Thank you for your payoff funds. We have marked your loan file
   "Paid in Full" and will release our lien against your property
   once the funds have been paid by the maker's bank. The release
   will be sent directly to the county recorder's office with
   instructions to record the release and return it directly to
   your attention at your address listed above.

   We appreciate your business. If we can be of further
   assistance, please call our Customer Care Department at (800)
   548-7912, Monday through Friday, between 8:00 a.m. and 8:00
   p.m., Eastern Time.

   Sincerely.


Customer Care Department


WP5/PDINFUL

# EXHIBIT

# M

## SETTLEMENT STATEMENT (Transactions Without Sellers)

File Number: 36-0738724     Loan Number: 6012288697     Mortgage Ins. Case #:

NAME AND ADDRESS OF BORROWER: BILLY E SINGLETARY, IDA MAE SINGLETARY, 188 VAN HORNE ST JERSEY CITY NJ 07304-3218

NAME AND ADDRESS OF LENDER: ACCREDITED HOME LENDERS 15090 AVENUE OF SCIENCE, SAN DIEGO, CA, 92128

PROPERTY LOCATION: 188 VAN HORNE ST JERSEY CITY NJ, 07304-3218

SETTLEMENT AGENT:   LENDERS FIRST CHOICE
PLACE OF SETTLEMENT:
SETTLEMENT DATE: 12/11/2006                    DISBURSEMENT DATE: 12/18/2006

| L. SETTLEMENT CHARGES | | M. DISBURSEMENT TO OTHERS | |
|---|---|---|---|
| 800. Items Payable in Connection With Loan | | 1501. PAYOFF FOR LOAN#3442114 | |
| 801. Loan Origination Fee TO WFL | $7,870.00 | CHASE | $241,850.14 |
| 802. Loan Discount | | 1502. 3rd and 4th QTR TAXES DUE | |
| 803. | | Jersey City Tax Collector | $1,245.69 |
| 804. Credit Report | | 1503. TAXES DUE 02/07 | |
| 805. Lender's Inspection Fee | | Jersey City Tax Collector | $919.97 |
| 806. Mortgage Insurance Application Fee | | 1504. | |
| 807. Assumption Fee | | 1505. | |
| 808. | | 1506. | |
| 809. | | | |
| 810. YSP FEE TO WFL FUCA $3,750.00 | | 1506. | |
| 811. APPLICATION FEE TO WFL | $1,000.00 | | |
| 900. Items Required By Lender To Be Paid In Advance | | 1507. | |
| 901. Interest from 12/18/2006 TO 01/01/2007 @$52.67/DAY | $1,000.00 | | |
| 902. Mortgage Insurance Premium for | | 1508. | |
| 903. Hazard Insurance Premium for | $150.00 | | |
| 904. | | 1509. | |
| 905. | | | |
| 1000. Reserves Deposited With Lender | | 1510. | |
| 1001. Hazard insurance | | | |
| 1002. Mortgage insurance | | 1511. | |
| 1003. City property taxes | | 1512. | |
| 1004. County property taxes 3 months @ $274.96 per month | $549.92 | | |
| 1005. Annual assessments | | 1513. | |
| 1006. | | | |
| 1007. | | 1514. | |
| 1008. Aggregate Adjustment | $-0.04 | | |
| 1100. Title Charges | | 1515. | |
| 1101. Settlement or closing fee LENDERS FIRST CHOICE | $325.00 | | |
| 1102. Abstract or title search | | 1516. | |
| 1103. Title examination LENDERS FIRST CHOICE | $105.00 | | |
| 1104. Title insurance binder | | 1517. | |
| 1105. Document preparation LENDERS FIRST CHOICE | $25.00 | | |
| 1106. Signing Fee LENDERS FIRST CHOICE | $150.00 | | |
| 1107. Attorneys Fees | | 1518. | |
| (includes above item numbers:   ) | | | |
| 1108. Title insurance LENDERS FIRST CHOICE | $1,325.00 | 1519. | |
| (includes above item numbers:   ) | | | |
| 1109. Lender's coverage | | 1520. TOTAL DISBURSED (enter on line 1603) | |
| 1110. Owner's coverage | | | $242,014.40 |
| 1111. Wire Fee LENDERS FIRST CHOICE | $25.00 | | |
| 1112. Delivery Fee LENDERS FIRST CHOICE | $35.00 | | |
| 1113. ALTA 8.1,8.1TE | $75.00 | N. Net Settlement | |
| 1200. Government Recording and Transfer Charges | | | |
| 1201. Recording fees: Hudson County Register | $330.00 | 1600. Loan Account | $300,000.00 |
| 1202. City/county tax/stamps | | | |
| 1203. State tax/stamps: | | 1601. Plus Check/Cash from Borrower | $0.00 |
| 1204. | | | |
| 1205. | | 1602. Minus total settlement charges | $12,740.31 |
| 1300. Additional Settlement Charges | | (Line 1400) | |
| 1301. Survey | | 1603. Minus total Disbursements to | $242,014.40 |
| 1302. Pest inspection | | Others (line 1520) | |
| 1303. | | 1604. Equals disbursements to borrower | $45,245.29 |
| 1304. | | | |
| 1305. | | Certified to be a True and Correct | |
| 1400. Total settlement charges (enter on line 1602) | $12,740.31 | Copy of the Final HUD Statement | |

X_____          X_____          X_____
LENDERS FIRST CHOICE                BILLY E SINGLETARY                  IDA MAE SINGLETARY

# EXHIBIT

# N

Borrower(s):       Date: **03/31/06**

**BILLY SINGLETARY**

# TANGIBLE BENEFIT

Lender evaluates proposed loan terms and whether they are in the borrower's best interests when considering a loan application. It is Lender's belief that, if funded, this loan represents a tangible benefit to the borrower. Tangible Benefits may include, but are not limited to, the following:

1. Purchase a primary residence, vacation home, or investment property.
   Loan Purpose: Cashout Refinance   Occupancy: Primary Residence ☐

2. A reduction in the borrower's interest rate.
   Existing Interest Rate: 0.000     New Interest Rate: 8.225 ☐

3. A reduction in the borrower's overall monthly debt payment obligations.
   Present Housing: $1,699.00   Proposed Housing: $2,190.86   Increasing:   $491.86 ☐

4. Conversion of borrower's negatively amortized or balloon-term loan to a fully amortizing loan. ☐

5. Conversion of borrower's ARM loan to a fixed-rate loan.
   Loan Program: 40/30Yr LIB6Mo 2YrFx 1.5/7 CAP BLLN30 ☐

6. A reduction in the term of borrower's existing loan resulting in less overall interest paid over the life of the loan. ☐

7. Cash out to the borrower and/or consumer debt consolidation in excess of prepaid finance charges plus the amount of a prepayment penalty, if any to be paid by the borrower at the time of refinance. ☐

| | | | | | |
|---|---|---|---|---|---|
| Cash Out: | $47,817.96 | Prepaid Finance Charges: | $10,490.00 | | |
| Consumer Debt: | $0.00 | Prepayment Penalty on Existing Loan: | $0.00 | Difference: | $37,327.96 |
| Benefit: | $47,817.96 | Cost: | $10,490.00 | | |

8. The new loan will help borrower prevent default on borrower's existing loan. ☐

9. The new loan will help borrower meet some other immediate financial need that the borrower considers to be important (e.g. medical expenses for a family member, assisting a relative with financial needs, home improvements or repairs, etc.) ☐

10. Other: ☐

In addition to Tangible Benefit, if this transaction is a refinance of the same property Lender financed within the previous 12 months, the loan decision is reviewed by a corporate officer or senior level operations manager to confirm that loan terms are fair and appropriate.

Last Modified: 03/28/2006        By: Tarene Keegan

Borrower(s):                                                      Date: **03/31/06**

**BILLY E SINGLETARY**

# TANGIBLE BENEFIT

Lender evaluates proposed loan terms and whether they are in the borrower's best interests when considering a loan application. It is Lender's belief that, if funded, this loan represents a tangible benefit to the borrower. Tangible Benefits may include, but are not limited to, the following:

1.  Purchase a primary residence, vacation home, or investment property.
    Loan Purpose: Cashout Refinance    Occupancy: Primary Residence                    ☐

2.  A reduction in the borrower's interest rate.
    Existing Interest Rate: 0.000         New Interest Rate: 8.225                      ☐

3.  A reduction in the borrower's overall monthly debt payment obligations.
    Present Housing: $1,699.00    Proposed Housing: $2,190.86    Increasing:    $491.86   ☐

4.  Conversion of borrower's negatively amortized or balloon-term loan to a fully amortizing loan.   ☐

5.  Conversion of borrower's ARM loan to a fixed-rate loan.
    Loan Program: 40/30Yr LIB6Mo 2YrFx 1.5/7 CAP BLLN30                                 ☐

6.  A reduction in the term of borrower's existing loan resulting in less overall interest paid over the life of the loan.   ☐

7.  Cash out to the borrower and/or consumer debt consolidation in excess of prepaid finance charges plus the amount of a prepayment penalty, if any to be paid by the borrower at the time of refinance.   ☒

| | | | | | |
|---|---|---|---|---|---|
| Cash Out: | $47,853.54 | Prepaid Finance Charges: | $10,454.42 | | |
| Consumer Debt: | $0.00 | Prepayment Penalty on Existing Loan: | $0.00 | Difference: | $37,399.12 |
| Benefit: | $47,853.54 | Cost: | $10,454.42 | | |

8.  The new loan will help borrower prevent default on borrower's existing loan.                ☐

9.  The new loan will help borrower meet some other immediate financial need that the borrower considers to be important (e.g. medical expenses for a family member, assisting a relative with financial needs, home improvements or repairs, etc.)   ☐

10. Other:                                                                               ☐

PMC-M

In addition to Tangible Benefit, if this transaction is a refinance of the same property Lender financed within the previous 12 months, the loan decision is reviewed by a corporate officer or senior level operations manager to confirm that loan terms are fair and appropriate.

Last Modified: 04/17/2006         By: Dymphna Hunt