# VINCENT J. D'ELIA
## ATTORNEY AT LAW

309 Communipaw Avenue
Ground Floor
Jersey City, New Jersey 07304
Phone: 201-656-6503
Fax: 201-656-3276
vjd@deliamccarthy.com
Member of New Jersey & New York Bars

*U.S. BANKRUPTCY COURT FILED NEWARK, N.J. 2022 NOV 1 P 2:40 JEANNE A. NAUGHTON*

October 31, 2022

Clerk, United States Bankruptcy Court
50 Walnut Street
3rd Floor
Newark, N.J. 07102

   Re:  Billy Singletary; Case Number: 21-19637 (JKS);
      Adversary Proceeding number: 22-01091-JKS

Dear Sir/Madam:

 I represent Billy Singletary regarding the above Adversary Proceeding. I am requesting the audio regarding a hearing that was held before the Honorable Judge John K. Sherwood U.S.B.J., on October 25, 2022 at 2:00 p.m. to approximately 4:45 p.m in the matter of Billy Singletary, Debtor, Adversary Proceeding number 22-01091-JKS.

 A member of my staff spoke with Ms. Flory Figueira, ECRO to The Honorable John K. Sherwood, U.S.B.J. who informed us to request the 2 audio copies through the Clerk's Office. She also advised that a copy is for $ 32.00.

 Enclosed is a check for $ 64.00 payable to United States Bankruptcy Court for 2 audio copies of the hearing.

 I have a messenger available for him to hand deliver this request and when ready to pick up audio.

 Thank you.

                 Very truly yours,

                 VINCENT J. D'ELIA

Enclosure
VJD/mw
cc:  Billy Singletary